Matter of Angel L. (Angel L.) (2025 NY Slip Op 00864)

Matter of Angel L. (Angel L.)

2025 NY Slip Op 00864

Decided on February 13, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 13, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
WILLIAM G. FORD
JANICE A. TAYLOR
LAURENCE L. LOVE, JJ.

2023-04448
 (Docket No. N-755-21)

[*1]In the Matter of Angel L. (Anonymous) IV. Administration for Children's Services, petitioner- respondent; Angel L. (Anonymous) III, appellant, et al., respondent.

 

Lewis S. Calderon, Jamaica, NY, for appellant.
Muriel Goode-Trufant, Corporation Counsel, New York, NY (Melanie T. West and D. Alan Rosinus, Jr., of counsel), for petitioner-respondent.
Twyla Carter, New York, NY (Dawne A. Mitchell and Judith Stern of counsel), attorney for the child.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 10, the father appeals from an order of the Family Court, Queens County (Elenor Reid-Cherry, J.), dated April 19, 2023. The order, inter alia, after a hearing, granted that branch of the petitioner's motion which was to modify an order of fact-finding and disposition of the same court dated September 23, 2021, to the extent of extending the period of supervision of the father by the petitioner for 12 months upon certain conditions. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738), in which he moves for leave to withdraw as counsel for the appellant.
ORDERED that the appeal is dismissed as academic, without costs or disbursements; and it is further,
ORDERED that counsel's application for leave to withdraw as counsel for the appellant is denied as academic.
The petitioner, Administration for Children's Services (hereinafter ACS), commenced this proceeding pursuant to Family Court Act article 10, alleging, inter alia, that the father neglected the subject child. In an order of fact-finding and disposition dated September 23, 2021, the Family Court, among other things, upon the father's consent to a finding of neglect without admission pursuant to Family Court Act § 1051(a), found that the father neglected the child and, after a dispositional hearing, released the child to the custody of the father under the supervision of ACS for a period of 12 months upon certain conditions. Thereafter, ACS moved, inter alia, to modify the order of fact-finding and disposition so as to place the child in the custody of the Commissioner of ACS. In an order dated April 19, 2023, the court, among other things, after a hearing, granted that branch of the motion which was to modify the order of fact-finding and disposition to the extent of extending the period of supervision of the father by ACS for 12 months upon certain conditions. The father appeals.
The appeal has been rendered academic by an amended order of the Family Court dated May 11, 2023, and by an order of the same court dated August 28, 2023 (see Matter of Angel L. IV [Angel L. III], _____ AD3d _____ [Appellate Division Docket No. 2023-09405; decided herewith]).
In light of the foregoing, the application of the father's counsel for leave to withdraw as counsel is denied as academic (see Matter of Sylvie S. [Cynthia W.], 195 AD3d 850, 850-851).
CHAMBERS, J.P., FORD, TAYLOR and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court